# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Elijah Jireh Huggins**                    **Docket No. 5:24-CR-120-1D**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Elijah Jireh Huggins, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 6th day of June, 2024.

On August 1, 2025, the defendant appeared before Your Honor for a bond review hearing as a result of multiple positive urinalysis tests and two driving related law violations. The defendant was allowed to remain on pretrial supervision under the previously ordered conditions of release. Additionally, the defendant was ordered to participate in the home detention location monitoring program with location monitoring technology as directed by the pretrial services or supervising officer.

On April 15, 2026, a violation report was submitted due to the defendant providing a urinalysis test for marijuana. He was allowed to remain on pretrial supervision with no further court action. He was also enrolled in intensive substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has been suffering from ongoing health issues which have resulted in multiple hospitalizations. The frequency of his hospitalization has made it difficult for the Probation Office to monitor and enforce his home detention restrictions. The Probation Office respectfully recommends the defendant's home detention and location monitoring conditions be removed. All other conditions shall remain in full force and effect.

AUSA Robert Dodson was contacted and advised there is no objection to the removal of these conditions.

**PRAYING THAT THE COURT WILL ORDER** the following conditions be removed:

- Participate in the following location restriction program and comply with its requirements as directed.

  o Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.

- Submit to the following location monitoring technology and comply with its requirements as directed:

  o Location monitoring technology as directed by the pretrial services or supervising officer.

Except as herein modified, the Order Setting Conditions of Release shall remain in full force and effect.

**Elijah Jireh Huggins**
**Docket No. 5:24-CR-120-1D**
**Petition For Action**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jonathan A. Holmes
Jonathan A. Holmes
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8699
Executed On: May 1, 2026

## ORDER OF THE COURT

Considered and ordered on  May 1, 2026  . It is further ordered that this document shall be filed and made a part of the records in the above case.

_Robert T Numbers II_
Robert T. Numbers, II
United States Magistrate Judge